UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE BRAGG, *As Trustee*, and Trustees of the Building Service 32BJ Health Fund, Building Service 32BJ Pension Fund, Building Service 32BJ North Pension Fund, Building Service 32BJ Legal Services Fund, *Building Service 32BJ Thomas Shortman Training, Scholarship and Safety Fund*,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CSI INTERNATIONAL, INC.,<br><br>　　　　　　　　　　　　Defendant. | **ORDER**<br><br>21 Civ. 4206 (ER) |

RAMOS, D.J.

On May 12, 2021, the plaintiffs brought this action against CSI International, Inc. ("CSI"). Doc. 1. On December 6, 2021, the plaintiffs filed the First Amended Complaint. Doc. 9. CSI executed a waiver of service on December 9, 2021. Doc. 11. To date, CSI has neither appeared in this action nor responded to the First Amended Complaint.

The plaintiffs are therefore directed to submit a status report regarding the case by **April 19, 2022.** Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: April 12, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.